*#7423*
*$227.86*
*8/9/10*

# Gordon & Schaal, LLP
## Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

August 5, 2010

Clerk
United States Bankruptcy Court
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614

    RE:    Walters, Jeffrey and Dawn
             Case No: 01-24712
             Chapter 7

Dear Sir/Madam:

    Enclosed please find a check in the amount of $227.86 made payable to the U.S. Bankruptcy Court regarding the Estate of Walters for the following claims/administrative expenses:

| Claim Number | Creditor | Filed Amount | Paid Amount |
|---|---|---|---|
| # 8 | First Consumer National Bank | $217.61 | $217.61 |
| 8i | First Consumer National Bank | 37.79 | 10.25 |

    Should you have any questions or concerns, please do not hesitate to contact me.


FILED AUG 9 - 2010 BANKRUPTCY COURT ROCHESTER, NY

Very truly yours,

Kenneth W. Gordon
Chapter 7 Trustee

KWG/bep
Enclosure